IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
_____ DIVISION  RECEIVED

Marshall Taylor                         )
229 Lewis St.                           )        2005 AUG 17 A 9: 29
Prattville, Al. 36067                   )
           Plaintiff(s).                )        CIVIL ACTION NO.
                                        )
              v.                        )        CA: 2:05CW 802-F
Bobby Carter                            )
Carter Construction                     )
Prattville, Al. 36067                   )
           Defendant(s).                )

## COMPLAINT

1.    Plaintiff(s)' address and telephone number: Marshall Taylor
Lewis St. Prattville, Al. 36067
(334) 365-9525

2.    Name and address of defendant(s): Bobby Carter
1554 W. Main St.
Prattville, Al. 36067


3.    Place of alleged violation of civil rights: Union Camp Prattville, Al. 36067


4.    Date of alleged violation of civil rights:    2003    April approximately

5.    State the facts on which you base your allegation that your constitutional rights have been
      violated: I was employed by Carter Construction
in the year 2003 at Union Camp in Prattville, Union Camp paid me
$10,000 but I never received any of this money.
Bobby Carter was suppose to give it to me but
he kept the money, I would like to get the
money back from Mr. Carter. I worked very hard
for this money.

1

6.    - Relief requested: Please get the money back that Bobby Carter owes me. Union Camp paid him and he was suppose to pay me.

Date: 8-15-05

Marshall Taylor

Marshall Taylor
Plaintiff(s) Signature

2