IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARSHALL TAYLOR,      ) | |
| )                     | |
|   Plaintiff, ) | |
| v.                    ) | CASE NO. 2:05cv802-F |
| )                     | |
| BOBBY CARTER,         ) | |
| )                     | |
|   Defendant. ) | |

# **O R D E R**

It is hereby ORDERED that, pursuant to 28 U.S.C. § 636(b)(1), this case is referred to Magistrate Judge Charles S. Coody for all pretrial proceedings and entry of any orders or recommendations as may be appropriate.

DONE this 26th day of August, 2005.

                                          /s/ Mark E. Fuller
                                     CHIEF UNITED STATES DISTRICT JUDGE