IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARSHALL TAYLOR, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.  2:05cv802-F |
| ) | |
| BOBBY CARTER, ) | |
| ) | |
|    Defendant. ) | |

## **O R D E R**

On September 21, 2005, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  (Doc. # 6).  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge is ADOPTED and that this case is DISMISSED with prejudice.

Done this the 18th day of October 2005.

                                           /s/ Mark E. Fuller
                                    CHIEF UNITED STATES DISTRICT JUDGE