**GIPSON'S AUTO TIRE**
**810 SOUTH MEMORIAL DRIVE**
**PRATTVILLE, AL 36067**
**334-365-0671**

TRUCK NO.
95 S10 PU
1GCCS1441S8135566.

JASPER Engine

2163.00 - Engine
314.00 - Repair Kit.
210.54 TAX
600.00 LABOR

TOTAL   3287 54

3-75000 mile warrenty on Engine only.

Marshall Taylor
11/1/205

```
                    2,163.00 +
                      314.00 +
         JASPER     2,477.00 x
           4.3          8.5 =
                    21,054.50 *
            002
                    2,477.00 G+
                    2,477.00 +
                      210.54 +
                LABOR 600.00 +
            003
                    3,287.54 G+
```