IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARSHALL TAYLOR,           ) | |
| ) | |
| Plaintiff,           ) | |
| ) | |
| v.           ) | CIVIL ACTION NO.  2:05-CV-802-F |
| ) | (WO) |
| BOBBY CARTER,           ) | |
| ) | |
| Defendant.           ) | |

ORDER

Now pending before the court is the November 2, 2005, motion to consolidate (doc. # 9) filed by the plaintiff.  On October 18, 2005, the court entered judgment in favor of the defendant and against the plaintiff and dismissed this action.  Accordingly, it is

ORDERED that the  motion to consolidate (doc. # 9)  be and is hereby DENIED as moot.

Done this 4th day of November, 2005.

　　　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE